Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZOE GRIPPO**, *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff,*<br><br>v.<br><br>**SUGARED + BRONZED, LLC**,<br><br>Defendant. | Case No.<br>8:24-cv-01792-AB-DFM<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF, by and through her attorney, to respectfully notify this Honorable Court that this case has settled and resolved on a classwide basis.

The Parties anticipate filing a Motion for Preliminary Approval of Class Action Settlement within sixty (60) days of this Notice. The Parties respectfully request that the Court vacate any currently scheduled deadlines and hearings, or in the alternative, continue them for at least sixty (60) days to allow the Parties to

-1-

Notice of Settlement

submit the preliminary approval motion. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: February 17, 2026

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:  /s/ Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On February 17, 2026, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on February 17, 2026.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      Todd M. Friedman, Esq.
      Attorney for Plaintiff

Notice of Settlement